**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2014



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANCISCO PAUL ROSALES-URQUILLA, a.k.a. P. Francisco Roseales Urquillo, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 12-70085 <br><br> Agency No. A0773-877-535 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 18, 2014[**]

Before:     ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Francisco Paul Rosales-Urquilla, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

his motion to reopen deportation proceedings.  We have jurisdiction under 8

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008). We deny the petition for review.

Rosales-Urquilla's motion to take judicial notice of a receipt issued by USCIS showing that he filed a petition for a U-Visa is denied.

The BIA found Rosales-Urquilla's motion to reopen was untimely because the motion was filed over thirteen years after the BIA's final order and Rosales-Urquilla failed to present sufficient evidence of changed circumstances in El Salvador to qualify for the regulatory exception to the time limit for filing motions to reopen. Rosales-Urquilla raises a contention regarding relief under the Convention Against Torture, but does not argue this issue is relevant to the BIA's denial of his motion to reopen as untimely. Nor does Rosales-Urquilla otherwise challenge the BIA's basis for denying his untimely motion to reopen. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996). Thus, we deny the petition for review.

**PETITION FOR REVIEW DENIED.**